HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3Pak LLC, D/B/A OMA BAP,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>            Defendant. | NO.  2:23-cv-00540-TSZ<br><br>DECLARATION OF SHANE P. CRAMER IN SUPPORT OF CITY OF SEATTLE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

I, Shane P. Cramer, declare as follows:

1. I am one of the attorneys representing the City of Seattle in this action.  I am over age 18, competent to be a witness, and making this declaration based on facts within my own personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt from the 2015 Seattle Fire Code.  An electronic version of the 2015 Seattle Fire Code is available at https://www.seattle.gov/sdci/codes/codes-we-enforce-(a-z)/fire-code#2015seattlefirecode (last accessed May 17, 2023).  Exhibit 1 was also filed as part of Exhibit 57 to the Supplemental Declaration of Shane P. Cramer in Support of City of Seattle's Reply in Support of Motion for Summary Judgment (Dkt. 152) in *Hunters Capital v. City of Seattle*, No. 20-cv-983 (W.D. Wash.).

I swear under the penalty of perjury under the laws of the United States that the foregoing

DECLARATION OF SHANE P. CRAMER IN SUPPORT OF
CITY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 1
(Case No. 2:23-cv-00540)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1 is true and correct.

2  DATED this 18th day of May, 2023, at Seattle, Washington.

*s/ Shane P. Cramer*
SHANE P. CRAMER

DECLARATION OF SHANE P. CRAMER IN SUPPORT OF
CITY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 2
(Case No. 2:23-cv-00540)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717