# EXHIBIT 1



# 2015 Seattle Fire Code

2015 International Fire Code® as Amended by the City of Seattle

Published by



Photo by John Skelton

*Part I—Administrative*

# CHAPTER 1
# SCOPE AND ADMINISTRATION

**PART 1—GENERAL PROVISIONS**

## SECTION 101
## SCOPE AND GENERAL REQUIREMENTS

**[A] 101.1 Title.** These regulations shall be known as the *Seattle Fire Code* ((of **[NAME OF JURISDICTION]**)), hereinafter referred to as "this code."

Throughout this code, where references are made to the *International Building Code*, *International Residential Code*, *International Mechanical Code*, *International Fuel Gas Code*, and the *International Existing Building Code*, those references mean those codes with Seattle amendments. Where NFPA 70 is referenced, it means the *Seattle Electrical Code*, which is the *National Electrical Code* with Seattle amendments.

**[A] 101.2 Scope.** This code establishes regulations affecting or relating to structures, processes, premises, vehicles, vessels, and safeguards regarding:

1. The hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices;
2. Conditions hazardous to life, property or public welfare in the occupancy of structures, vehicles, vessels, or premises;
3. Fire hazards in the structure, vehicles, vessels, or on the premises from occupancy or operation;
4. Matters related to the construction, extension, repair, alteration or removal of fire suppression or alarm systems; and
5. Conditions affecting the safety of fire fighters and emergency responders during emergency operations.

**[A] 101.2.1 Appendices.** Provisions in the appendices ((shall)) do not apply unless specifically adopted.

**[A] 101.3 Intent.** The purpose of this code is to establish the minimum requirements consistent with nationally recognized good practice for providing a reasonable level of life safety and property protection from the hazards of fire, explosion or dangerous conditions in new and existing buildings, structures, ((and)) premises, vehicles, and *vessels* and to provide a reasonable level of safety to fire fighters and emergency responders during emergency operations.

This code is enacted as an exercise of the police power of The City of Seattle to protect the public peace, health, safety, and welfare, and its provisions shall be liberally construed to accomplish these purposes. The express purpose of this code is to promote the health, safety, and welfare of the general public, and not to create or otherwise establish or designate any particular class or group of persons who will or should be especially protected or benefitted by the terms of this code or ordinance.

The specific intent of this code is to place the obligation of complying with its requirements upon the *owners*, owner's authorized agents, or occupiers of premises, buildings, vehicles, *vessels*, and structures within its scope. No provision or term used in this code is intended to impose any duty whatsoever upon the city, or any of its officers or employees, for whom the implementation or enforcement of this code is discretionary, not mandatory.

**[A] 101.4 Severability.** If a section, subsection, sentence, clause or phrase of this code is, for any reason, held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this code.

**[A] 101.5 Validity.** In the event any part or provision of this code is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions hereof, which are determined to be legal; and it shall be presumed that this code would have been adopted without such illegal or invalid parts or provisions.

**101.6 Point of information or code interpretation.** Text marked "Point of Information" or "Code Interpretation" in the *Seattle Fire Code* is for guidance only and does not have the force of law.

## SECTION 102
## APPLICABILITY

**[A] 102.1 Construction and design provisions.** The construction and design provisions of this code ((shall)) apply to:

1. Structures, facilities and conditions arising after the adoption of this code.
2. Existing structures, facilities and conditions not legally in existence at the time of adoption of this code.
3. Existing structures, facilities and conditions when required in Chapter 11.
4. Existing structures, facilities and conditions which, in the opinion of the *fire code official*, constitute a ((distinct)) imminent hazard to life or property.

**[A] 102.2 Administrative, operational and maintenance provisions.** The administrative, operational and maintenance provisions of this code shall apply to:

1. Conditions and operations arising after the adoption of this code.
2. Existing conditions and operations.