UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3PAK LLC d/b/a OMA BAP,

          Plaintiff,

    v.

CITY OF SEATTLE,

          Defendant.

C23-0540 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court sua sponte EXTENDS the following deadlines in this matter:

    a. Deadline for Rule 26(f) conference is July 28, 2023;

    b. Initial disclosures pursuant to Rule 26(a)(1) are due by August 11, 2023; and

    c. Joint Status Report is due by August 11, 2023.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of June, 2023.

          Ravi Subramanian
          Clerk

          s/Laurie Cuaresma
          Deputy Clerk

MINUTE ORDER - 1