UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3Pak LLC, D/B/A OMA BAP,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant | C23-0540 TSZ |
| HUGO PROPERTIES, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br>　　　　　　　Defendant. | C23-0858 TSZ |
| MOLLY MOON'S HOMEMADE ICE CREAM LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　Defendant. | C23-0859 TSZ<br><br><br>MINUTE ORDER |

MINUTE ORDER - 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion consolidating cases and extending pleading deadlines, docket no. 30, is GRANTED. Case Nos. C23-0858 TSZ and C23-0859 TSZ are hereby CONSOLIDATED into Case No. C23-0540 TSZ for all purposes. All future pleadings, motions, briefs, and other papers shall be filed in Case No. C23-0540 TSZ. The Clerk is DIRECTED to CLOSE Case Nos. C23-0858 TSZ and C23-0859 TSZ.

(2) Plaintiffs shall file any consolidated amended complaint by October 6, 2023. Any responsive pleading or motion shall be filed by October 19, 2023.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of September, 2023.

                                              Ravi Subramanian
                                              Clerk

                                              s/Laurie Cuaresma
                                              Deputy Clerk