UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3PAK LLC d/b/a OMA BAP; HUGO PROPERTIES LLC; and MOLLY MOON'S HANDMADE ICE CREAM LLC,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | C23-0540 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for entry of partial judgment pursuant to Federal Rule of Civil Procedure 54(b), docket no. 42, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of February, 2024.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Laurie Cuaresma
                                                    Deputy Clerk

MINUTE ORDER - 1