UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3PAK LLC d/b/a OMA BAP; HUGO PROPERTIES LLC; and MOLLY MOON'S HANDMADE ICE CREAM LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | C23-0540 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The parties are DIRECTED to file, no later than August 6, 2024, briefs not to exceed 1,500 words addressing the effect of the Washington Supreme Court's decision in *Campeau v. Yakima HMA, LLC*, No. 102047-3, on Plaintiffs' remaining nuisance claim.  Response briefs, not to exceed 1,500 words, may be filed no later than August 13, 2024.  No reply briefs are to be filed without further order of the Court.  The stay in this case is unaffected by this Minute Order.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 30th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1