# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3PAK LLC d/b/a OMA BAP; HUGO PROPERTIES LLC; and MOLLY MOON'S HANDMADE ICE CREAM LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0540 TSZ |

\_\_\_　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's motion to dismiss, docket no. 34, is GRANTED and Plaintiffs' claims are DISMISSED with prejudice. See Orders (docket nos. 41 and 53).

Judgment is hereby ENTERED against Plaintiffs 3Pak, LLC, Hugo Properties, LLC, and Molly Moon's Handmade Ice Cream, LLC and in favor of Defendant City of Seattle.

Dated this 25th day of October, 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　　　Deputy Clerk