UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3PAK LLC d/b/a/ OMA BAP, et al.,
    Plaintiff(s)

v.

CITY OF SEATTLE

    Defendant(s)

Case No. 2:23-CV-00540 TSZ

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against Plaintiff(s) 3PAK LLC d/b/a OMA BAP et al., and on behalf of Defendant(s) CITY OF SEATTLE, etal, in the uncontested amount of $**145.01**.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| **Fees for Service of Summons And Subpoena** | $145.01 | $0.00 | $145.01 |

Entered this ___6th___ day of December, 2024.

Ravi Subramanian, Clerk
U. S. District Court

By:    S/ *PATRICK SHERWOOD*
Patrick Sherwood, Deputy in Charge

TAXATION OF COSTS -1