UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3PAK LLC d/b/a OMA BAP; and HUGO PROPERTIES, LLC,

Plaintiffs,

v.

CITY OF SEATTLE,

Defendant.

C23-0540 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Decline Supplemental Jurisdiction, docket no. 66, is DENIED. A district court "may decline to exercise supplemental jurisdiction" if it "has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c)(3). "[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine—judicial economy, convenience, fairness, and comity—will point toward declining to exercise jurisdiction over the remaining state-law claims." Carnegie–Mellon Univ. v. Cohill, 484 U.S. 343, 350 n.7 (1988), superseded on other grounds by statute as recognized in Fent v. Okla. Water Res. Bd., 235 F.3d 553, 557 (10th Cir. 2000). On balance, these factors weigh in favor of exercising supplemental jurisdiction: (a) the Court and the Ninth Circuit have made several substantive rulings in this case and in a related case, Hunters Capital LLC et al v. City of Seattle, 20-0983-TSZ, and restarting the litigation in state court would be inefficient and costly; (b) the use of any rulings and discoverable materials from Hunters Capital is best managed by the Court; (c) it would be unfair to Plaintiffs to force a restart of proceedings only after they have obtained favorable rulings on appeal; and (d) the Court and Ninth Circuit have already ruled on the applicable

statute of limitations and tolling doctrines, so there no longer remains any novel state law issue to decide.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of August, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk